IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLSTATES WORLDCARGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> MRKJ, INC. d/b/a REVOSPIN, <br><br> Defendant. | CIVIL ACTION NO. 3:23-cv-20923-MAS-JBD <br><br> JUDGE MICHAEL A. SHIPP <br><br> **PROPOSED ENTRY OF DEFAULT JUDGMENT BY THE CLERK** |

Having considered the Plaintiff Allstates WorldCargo, Inc.'s Request for Entry of Default Judgment by the Clerk against Defendant MRJK, Inc. d/b/a RevoSpin, along with the Affidavit and Exhibit in support of Plaintiff's Request, the Clerk finds that Plaintiff's damages are for a sum certain amount, and the Clerk hereby enters default judgment against Defendant in the amount of One Hundred Sixty Thousand Six Hundred Forty-Eight Dollars and Eighty-Four Cents ($160,648.84), plus post-judgment interest.

Dated:  11/21/23           MELISSA E. RHOADS, ESQ., Clerk of Court

                           By:    s/ Ashley Vargas
                                  Deputy Clerk